1
2
3
4

**Honorable James L. Robart**

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

6

| | |
|---|---|
| MARK AND BARBARA TOMINGAS, | No. 2:18-cv-00864-JLR |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT** |
| vs. | |
| CRESTBROOK INSURANCE COMPANY, | ~~(PROPOSED)~~ |
| Defendant. | |

7
8
9
10
11
12

## I. STIPULATION

13     IT IS HEREBY STIPULATED by and between the parties hereto through their

14 respective attorneys that the deadline for Defendant Crestbrook Insurance Company to answer

15 Plaintiffs' Complaint shall be extended to July 5, 2018.

16     Good cause exists for this extension as the parties anticipate entering into settlement

17 discussions, pursuant to FRE 408, prior to the extended deadline.

18     This document is being electronically filed through the Court's ECF System.  In this

19 regard, counsel for Defendant hereby attests that: (1) the content of this document is acceptable

20 to all persons required to sign the document; (2) Plaintiffs' counsel has concurred with the

21 filing of this document, and (3) a record supporting this concurrence is available for inspection

22 or production if so ordered.

23

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE, SUITE 1400
SEATTLE, WA 98164
(206) 689-8500 • (206) 689-8501 FAX

1    Dated this 19th day of June, 2018.

2                                        FORSBERG & UMLAUF, P.S.

3                                        *s/Carl E. Forsberg*
                                         Carl E. Forsberg, WSBA #17025
4                                        Stephanie Andersen, WSBA #22250
                                         Miles J. M. Stewart, WSBA #46067
5                                        Attorneys for Defendant Crestbrook
                                         Insurance Company
6
     Dated this 19th day of June, 2018.
7
                                         ASHBAUGH BEAL
8
                                         *s/Jocelyn J. Whiteley*
9                                        Jocelyn J. Whiteley, WSBA #49780
                                         Attorneys for Plaintiffs Mark and Barbara
10                                       Tomingas

11

12

13

14

15

16

17

18

19

20

21

22

23

Stipulation and Order to Extend Time to Answer Complaint – 2          **FORSBERG & UMLAUF, P.S.**
Cause No. 2:18-cv-00864-JLR                                                    ATTORNEYS AT LAW
                                                                        901 FIFTH AVENUE, SUITE 1400
                                                                             SEATTLE, WA  98164
2116007 / 1773.0003                                                  (206) 689-8500 • (206) 689-8501 FAX

1

## II. ORDER

2

Pursuant to the parties' stipulation, **IT IS SO ORDERED** that the deadline for

3

Defendant to answer Plaintiffs' Complaint shall be extended to <u>July 5, 2018</u>.

4

Dated: _20th day of June 2018_

5

6

Honorable James L. Robart
United States District Court

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Stipulation and Order to Extend Time to Answer Complaint – 3
Cause No. 2:18-cv-00864-JLR

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE, SUITE 1400
SEATTLE, WA 98164
(206) 689-8500 ● (206) 689-8501 FAX

2116007 / 1773.0003