Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARK AND BARBARA TOMINGAS, | No. 2:18-cv-00864-JLR |
| Plaintiffs, | [~~PROPOSED~~] ORDER GRANTING MOTION FOR ENTRY OF SECOND STAY OF PROCEEDINGS |
| vs. | |
| CRESTBROOK INSURANCE COMPANY, | |
| Defendant. | |

This matter came on before the Court on Crestbrook's Motion for Entry of Stay, and, for good cause shown, the Court hereby enters the following ORDER:

1. Defendant Crestbrook Insurance Company's Motion is hereby GRANTED.

2. The deadlines on the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. # 11) are hereby STAYED until January 8, 2019, by which time the parties will advise the Court whether settlement has been reached or whether the stay should be lifted and a revised Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement should be issued.

[PROPOSED] ORDER GRANTING MOTION FOR ENTRY
OF SECOND STAY OF PROCEEDINGS – PAGE 1
CAUSE NO. 2:18-CV-00864-JLR

2219437 / 1773.0003

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

DATED this 25th day of November, 2018.

_____
JUDGE JAMES L. ROBART

Presented by:

FORSBERG & UMLAUF P.S.

By *s/ Miles J. M. Stewart*
Carl E. Forsberg, WSBA #17025
CForsberg@FoUm.law
Miles J. M. Stewart, WSBA #46067
MStewart@FoUm.law
Attorneys for Defendant

[PROPOSED] ORDER GRANTING MOTION FOR ENTRY
OF SECOND STAY OF PROCEEDINGS – PAGE 2
CAUSE NO. 2:18-CV-00864-JLR

2219437 / 1773.0003

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

# CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing [PROPOSED] ORDER GRANTING MOTION FOR ENTRY OF SECOND STAY on the following individuals in the manner indicated:

Ms. Jocelyn J. Whiteley
Ashbaugh Beal, LLP
701 Fifth Ave., Suite 4400
Seattle, WA  98104
(X) Via ECF

**SIGNED** this 8th day of November, 2018, at Seattle, Washington.

*s/ Honor M. McQueen*
Honor M. McQueen

[PROPOSED] ORDER GRANTING MOTION FOR ENTRY
OF SECOND STAY OF PROCEEDINGS – PAGE 3
CAUSE NO. 2:18-CV-00864-JLR

2219437 / 1773.0003

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX